IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VIRENDAR K. VERMA, M.D., and
REHAB AND PAIN MANAGEMENT CLINIC, P.A().           PLAINTIFFS

v.                       5:06CV00043-WRW

JEFFERSON HOSPITAL ASSOCIATION
d/b/a JEFFERSON REGIONAL MEDICAL
CENTER and REHABCARE GROUP, INC.                   DEFENDANTS

**ORDER**

On March 2, 2006, argument for Plaintiffs' Motion for a Temporary Restraining Order was heard. Plaintiffs appeared in person and through their attorneys, Morgan Welch, Tre Kitchens and Chris Madison. Defendant RehabCare Group, Inc. appeared through its attorney, John Lile. Defendant, Jefferson Hospital Association d/b/a Jefferson Regional Medical Center appeared by its Risk Manager, Steve Tedder, and by its attorney R.T. Beard. Based on the pleadings before the Court, the Affidavits and other documents filed by Plaintiffs and the Defendants, contained in the Record, arguments of counsel, and by agreement of the parties, announced at the bar of the Court, the Court Orders as follows:

1.   The Defendants, Jefferson Hospital Association d/b/a Jefferson Regional Medical Center ("JRMC", hereafter) and RehabCare Group, Inc. (RehabCare", hereafter) agree that Dr. Verma is and will be authorized to engage in the full practice of rehabilitation medicine at JRMC and RehabCare, including, but not limited to, the following:

   a.   Admit, consult, follow, treat, and issue orders for rehabilitation patients to the Rehabilitation Unit at JRMC;

   b.   Conduct pre-admission screening of rehabilitation patients to the Rehabilitation Unit at JRMC;

   c.   Dr. Verma will continue weekly staff meetings on Thursdays;

2. This agreement will continue without interference, discrimination, retaliation or harassment.

3. A trial is set forth for Monday, June 19, 2006 at 9:00 a.m. in Little Rock, Arkansas.

IT IS FURTHER ORDERED that other privileges presently granted Dr. Vema by Defendants, not specifically mentioned herein, will also continue and are not limited by this Order.

IT IS SO ORDERED this 6th day of March, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE