IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**VIRENDAR K. VERMA, M.D., and**
**REHAB AND PAIN MANAGEMENT CLINIC, P.A.**                          **PLAINTIFFS**

**v.**                                    **5:06CV00043WRW**

**JEFFERSON HOSPITAL ASSOCIATION**
**d/b/a JEFFERSON REGIONAL MEDICAL**
**CENTER and REHABCARE GROUP, INC.**                                **DEFENDANTS**

## ORDER

Pending is Plaintiffs' Motion to Extend Time within which to Respond to Defendants' Motions to Exclude Report and Testimony of Dr. Charles Venus (Doc. No. 171). Plaintiffs' Motion is GRANTED. Plaintiffs have until February 16, 2007 to file their response.

Also pending is Plaintiffs' Motion to Compel Discovery (Doc. N. 133). Plaintiffs' Motion is GRANTED. The requested documents should be provided by Friday, February 16, 2007.

IT IS SO ORDERED this 13th day of February, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE