## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**VIRENDAR K. VERMA, M.D., and**
**REHAB AND PAIN MANAGEMENT CLINIC, P.A.**                    **PLAINTIFFS**

**v.**                              **5:06CV00043-WRW**

**JEFFERSON HOSPITAL ASSOCIATION**
**d/b/a JEFFERSON REGIONAL MEDICAL**
**CENTER and REHABCARE GROUP, INC.**                    **DEFENDANTS**

### <u>ORDER</u>

Pending is Defendants Motions to File Amended Answers to Amended Complaint (Doc. Nos. 126 and 155). Under the liberal amendment policy of Rule 15(a) of the Federal Rules of Civil Procedure, "leave shall be freely given" by the court. Nevertheless, because Defendants' are raising the issue in the eleventh hour, Defendants' Motion is DENIED.

Also pending is Defendants' Joint Motion for Leave to Take a Supplemental Deposition of Plaintiffs (Doc. No. 170). Plaintiffs object (Doc. No. 176) arguing that Dr. Verma has already been deposed twice and that a third time just short of the trial date is unnecessary. Because Defendants sought to depose Plaintiffs in relation to the motions just denied, and because it is the last minute, Defendants Motion is DENIED.

Finally, pending is Defendant Jefferson's Motion for Clarification of the Court's 2-13-07 Order (Doc. No. 175). I have only ruled on one motion to compel (Doc. No. 133). Doc. No. 132 has not been ruled on at this time. Defendant's Motion is DENIED as MOOT.

IT IS SO ORDERED this 14th day of February, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE