IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| **VIRENDAR K. VERMA, M.D., and** | | |
| **REHAB AND PAIN MANAGEMENT CLINIC, P.A.** | | **PLAINTIFFS** |
| | | |
| **v.** | **5:06CV00043WRW** | |
| | | |
| **JEFFERSON HOSPITAL ASSOCIATION** | | |
| **d/b/a JEFFERSON REGIONAL MEDICAL** | | |
| **CENTER and REHABCARE GROUP, INC.** | | **DEFENDANTS** |

### ORDER

Plaintiffs' Fourth Motion in Limine (Doc. No. 166) is GRANTED. If, during the trial, Defendants believe Plaintiff has opened the door to this type of evidence, Defendants' counsel should bring it to my attention out of the hearing of the Jury. Defendant Jefferson's Motion to Adopt (Doc. No. 212) is DENIED as MOOT.

Plaintiffs' Fifth Motion in Limine is GRANTED.

IT IS SO ORDERED this 21st day of February, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE