**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**VIRENDAR K. VERMA, M.D., and
REHAB AND PAIN MANAGEMENT CLINIC, P.A.**                                              **PLAINTIFFS**

v.                                    5:06CV00043-WRW

**JEFFERSON HOSPITAL ASSOCIATION
d/b/a JEFFERSON REGIONAL MEDICAL
CENTER and REHABCARE GROUP, INC.**                                                   **DEFENDANTS**

**ORDER**

The trial will be bifurcated. The jury will first consider issues other than those related to punitive damages.

If the Jury finds for Plaintiff in the first part of the trial, then punitive damages <u>may</u> be submitted; and brief openings and closings will be permitted if punitive damages are submitted.

I will voir dire the Jury "lightly" re punitive damages. Counsel should not.

Accordingly, Defendant Rehabcare's Motion in Limine No. 1 (Doc. No. 136) is GRANTED in part.

Defendants' Joint Motion to Exclude Testimony of Dr. David Jacks (Doc. No. 143) is DENIED. Plaintiffs' Motion in Limine No. 1 (Doc. No. 157) is GRANTED. Defendant RehabCare's Response and Motion for Reconsideration (Doc. No. 181) is DENIED. Defendant Jefferson Regional's Motion in Limine No. 2 (Doc. No. 150) is DENIED. Plaintiffs' Motion to Extend Deadlines (Doc. No. 160) is DENIED as MOOT.

Defendants will be permitted to adduce the testimony fo Ms. Sherry Sharp as reflected in their Response to Plaintiffs' Third Motion in Limine (Doc. No. 183). Beyond that Plaintiffs' Third Motion in Limine (Doc. No. 164) is GRANTED. Defendant Jefferson's Motion to Adopt

RehabCare's Response (Doc. No. 211) is DENIED as MOOT.

It is so ordered this 21st day of February, 2007.


                                             /s/Wm. R. Wilson, Jr.
                                             UNITED STATES DISTRICT JUDGE