IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**VIRENDAR K. VERMA, M.D., and**
**REHAB AND PAIN MANAGEMENT CLINIC, P.A.**                                    **PLAINTIFFS**

**v.**                                   **5:06CV00043-WRW**

**JEFFERSON HOSPITAL ASSOCIATION**
**d/b/a JEFFERSON REGIONAL MEDICAL**
**CENTER and REHABCARE GROUP, INC.**                                          **DEFENDANTS**

## ORDER

Pending is Defendant Jefferson's Motion in Limine No. 1 (Doc. No. 148) and Defendant RehabCare's Motion to Adopt Jefferson's Motion (Doc. No. 152). Although Dr. Verma did not formally apply for the Medical Director position, it seems that he may have been encouraged by Defendants' employees not to do so; ergo, a fact issue. Accordingly, Defendants' Motions are DENIED.

IT IS SO ORDERED this 21st day of February, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE