IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

VIRENDAR K. VERMA, M.D., and
REHAB AND PAIN MANAGEMENT CLINIC, P.A.                    PLAINTIFFS

v.                         No. 05:06-CV-043WRW

JEFFERSON HOSPITAL ASSOCIATION
d/b/a JEFFERSON REGIONAL MEDICAL
CENTER and REHABCARE GROUP, INC.                          DEFENDANTS

## ORDER

Pending is Plaintiffs' Motion to Stay Production of Documents in Response to Subpoenas Pending Court's Ruling on Plaintiff's Motions to Quash Subpoenas (Doc. No. 256). Plaintiffs' Motion is GRANTED.

IT IS SO ORDERED this 30th day of March, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE