**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 4, 2007**

**LETTER ORDER**

Lloyd W. Kitchens
Welch and Kitchens, L.L.C.
Post Office Box 3685
Little Rock, AR 72203-3685

Jeffrey Spillyards
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 West Capitol Ave.
Suite 1800
Little Rock, AR 72201

John Lile, III
Wright, Lindsey & Jennings
200 West Capitol Ave.
Suite 2300
Little Rock, AR 72201-3699

      Re: *Virendar Verma, et al. v. Jefferson Hospital Association, et al.,* 5:06-cv-00043-WRW

Dear Counsel,

Defendant Jefferson Regional Medical Center's Motions to Adopt (Doc. Nos. 308, 311) are GRANTED.

Defendants' Motion in Limine 2 (Doc. No. 302) is DENIED.

Defendants' Motion in Limine No. 3 (Doc. No. 302) is GRANTED, temporarily at least. If the jury finds for Plaintiffs, I may then permit an additional proceeding with respect to punitive damages. If the jury finds against only one Defendant, it may be net worth would be admissible against that one Defendant. In case I ultimately rule that net worth can be admitted, Defendants are directed to bring to trial a detailed, accurate financial statement which clearly depicts the Defendant's net worth. A packet of financial documents that can be understood only by a CPA would be totally unacceptable and potentially contemptable.

Defendants' Motion in Limine No. 4 (Doc. No. 302) is GRANTED, temporarily at least. I am

not sure if I understand why Dr. Venus's testimony would be necessary to get the SEC filings admitted (since they are a classic example of public records), but if net worth becomes an issue and if Dr. Venus's testimony would be helpful to the jury in understanding the SEC documents, then it appears his testimony would be admissible.

A teleconference will be held as soon as possible with respect to Defendants' Motion in Limine No. 5 (Doc. No. 310), and by copy of this letter I am asking my Court Room Deputy, Ms. Mary Johnson, to set up this teleconference.

                                                                     Cordially,

                                                                    Wm. R. Wilson

Original to the Clerk of the Court
cc:     Other Counsel of Record